# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| deGravelles, John W. | US District Court, Louisiana, Middle District | 05/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

John W. deGravelles
777 Florida Street, Suite 355
Baton Rouge, LA 70801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | deGravelles Enterprises, LLC |
| 2. | Member | deGravelles Family II, LLC |
| 3. | Member | deGravelles Family III, LLC |
| 4. | Guest Lecturer and Instructor | Louisiana State University - Paul M. Hebert Law Center |
| 5. | Guest Lecturer | Tulane University Law School |
| 6. | Partner | Due', Dodson and deGravelles d/b/a Sharlow Terrace II - See Section VIII |
| 7. | Past President & Counselor | Dean Henry George McMahon Inn of Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 7/23/2014 | John Neale deGravelles, LLC - See Part VIII for terms |
| 2. 12/20/2013 | deGravelles, Palmintier, Holthaus & Fruge' - See Part VIII for terms |
| 3. 06/01/2018 | Louisiana State University - Lecturer - Course on Federal Courts - January 15, 2019 - April 25, 2019 |
| 4. 11/01/2018 | Tulane University Law School - Lecturer - Course on Maritime Personal Injury - May 27, 2019 - June 14, 2019 |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Louisiana State University - Adjunct Faculty | $3,299.68 |
| 2. 2019 | West Publishing Corporation - Book Royalties | $2,244.21 |
| 3. 2019 | The Administrators of the Tulane Education Fund - Guest Lecturer Fee | $8,500.00 |
| 4. 2019 | deGravelles, Palmintier, Holthaus, Fruge' - Prior Fees Earned - See Part II Agreements | $94,304.03 |
| 5. 2019 | Michael C Palmintier, APLC - Prior Fees Earned - See Part II Agreements | $830.77 |
| 6. 2019 | John Neale deGravelles Law, LLC - Prior Fees Earned - See Part II Agreements | $8,971.73 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. University of Texas at Austin | 3/28/2019 - 3/31/2019 | Charleston, SC | Judge - Moot Court Competition | Travel & Lodging |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | deGravelles Enterprises, LLC - Wilkinson County, MS | | None | O | U | | | | | |
| 2. | deGravelles Family II, LLC - Baton Rouge, LA | A | Rent | M | Q | | | | | |
| 3. | deGravelles Family III, LLC - Wilkinson County, MS | | None | O | Q | | | | | |
| 4. | Chase Cash Accounts | A | Interest | K | T | | | | | |
| 5. | IRA #1 (H) | | | | | | | | | |
| 6. | -Morgan Stanley Cash Account | A | Interest | J | T | | | | | |
| 7. | -MS Pathway Emrg Market Equity Invest (TEMUX) | A | Dividend | K | T | | | | | |
| 8. | -MS Pathway International Equity Inv (TIEUX) | B | Dividend | K | T | | | | | |
| 9. | -MS Pathway Large Cap Eq Inv (TLGUX) | D | Dividend | M | T | Sold (part) | 01/14/19 | J | A | |
| 10. | | | | | | Sold (part) | 04/11/19 | J | A | |
| 11. | | | | | | Sold (part) | 07/10/19 | J | A | |
| 12. | | | | | | Sold (part) | 10/08/19 | J | A | |
| 13. | -MS Pathway Small MD Cap Eq Inv (TSGUX) | D | Dividend | L | T | | | | | |
| 14. | Allianz Life Valuemark III Annuity (H) | | | | | | | | | |
| 15. | -AZL Emg Mkts Eq Index | | None | L | T | | | | | |
| 16. | -Franklin Mutual Shares | | None | M | T | | | | | |
| 17. | -Franklin Rising Dividends Secs | | None | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -AZL MS Global Real Estate C1 | | None | M | T | | | | | |
| 19. -AZL Russell 1000 Growth IDX | | None | L | T | | | | | |
| 20. -AZL International Index | | None | L | T | | | | | |
| 21. -AZL Mid Cap Index Fund | | None | N | T | | | | | |
| 22. Lincoln American Legacy Design 2 Annuity (H) | | | | | | | | | |
| 23. -American Fd International | | None | N | T | | | | | |
| 24. -American Fd Growth - Income | | None | M | T | | | | | |
| 25. -American Fd High Inc Bond | | None | M | T | | | | | |
| 26. -American Fd Growth | | None | N | T | | | | | |
| 27. Prudential Annuity (H) | | | | | | | | | |
| 28. -AST Loomis Sayles Large-Cap Growth | | None | L | T | | | | | |
| 29. -AST MFS Growth | | None | M | T | | | | | |
| 30. -AST T. Rowe Price Natural Resources | | None | K | T | | | | | |
| 31. -AST JP Morgan International Equity | | None | K | T | | | | | |
| 32. -AST Templeton Global Bond | | None | J | T | | | | | |
| 33. -NVIT Emerging Markets Fund | | None | K | T | | | | | |
| 34. -AST Goldman Sachs Mid Cap Growth | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Eaton Vance Tax Managed Growth Fund | A | Dividend | L | T | | | | | |
| 36. | Unit Quality Municipal National Long Term 109 MPS | A | Int./Div. | | | Sold | 09/19/19 | J | A | |
| 37. | Morgan Stanley Managed Bond Account #1 (H) | | | | | | | | | |
| 38. | -Morgan Stanley Money Market Account | A | Interest | K | T | | | | | |
| 39. | -California St Pub Wks Brd | D | Interest | M | T | | | | | |
| 40. | -Metropolitan Trans Auth NY Rev-B | A | Interest | | | Sold | 02/25/19 | K | B | |
| 41. | -New Hampshire St Tpk Sys Rev | C | Interest | M | T | | | | | |
| 42. | -New Jersey Turnpike Authority | C | Interest | | | Sold | 04/22/19 | M | C | |
| 43. | -Reedy Creek FL Impt Dist Utilities Rev Ref-1 | B | Interest | | | Sold | 01/07/19 | L | C | |
| 44. | -Port Auth NY & NJ Consolidated | B | Interest | | | Sold | 02/13/19 | M | B | |
| 45. | -Texas Transp Commn St Hwy Fund | B | Interest | | | Sold | 01/14/19 | M | B | |
| 46. | -Oregon St Dept of Admin Serv Lottery | B | Interest | | | Sold | 01/14/19 | M | A | |
| 47. | -Iowa Fin Auth Green St | C | Interest | | | Sold | 01/14/19 | M | A | |
| 48. | -Virginia St Pub Sch Auth | B | Interest | | | Sold | 01/11/19 | M | B | |
| 49. | -Washington St for Issues | D | Interest | M | T | | | | | |
| 50. | -Michigan Dept of Transportation | B | Interest | | | Sold | 02/12/19 | L | A | |
| 51. | -Colorado Health Facs Auth | B | Interest | | | Sold | 11/12/19 | L | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -Metropolitan Trans Auth NY Dedicated | A | Interest | | | Sold | 01/07/19 | L | A | |
| 53.   -Boston Mass Wtr & Swr Comm | C | Interest | M | T | | | | | |
| 54.   -California St Genl Oblig Various | D | Interest | M | T | | | | | |
| 55.   -City of Chicago Chicago O'Hare Intl Airp | C | Interest | L | T | | | | | |
| 56.   -Delaware St General Oblig Ref-A | D | Interest | M | T | | | | | |
| 57.   -Minnesota St Var Purp Genl Oblig | D | Interest | M | T | | | | | |
| 58.   -North Tex Twy Auth Rev | C | Interest | L | T | | | | | |
| 59.   -Maryland St Dept Transn Cons | C | Interest | | | Sold | 06/03/19 | M | C | |
| 60.   -Michigan Fin Auth Hosp Rev Ref | C | Interest | L | T | | | | | |
| 61.   -Indiana Fin Auth Health Sys | B | Interest | K | T | | | | | |
| 62.   -Alabama Fed Aid Hwy Fin Auth Spl Oblig | B | Interest | | | Sold | 01/07/19 | M | A | |
| 63.   -Clark Cnty Nev Highway Impt Rev | C | Interest | M | T | | | | | |
| 64.   -Iowa Fin Auth Health Facs Rev-E | C | Interest | L | T | | | | | |
| 65.   -Connecticut St Health & EDL | C | Interest | | | Sold | 04/09/19 | M | C | |
| 66.   -Orlando Fla Utils Commn | D | Interest | M | T | Sold<br>(part) | 04/09/19 | L | A | |
| 67.   -Harris Cnty Tex Rev | D | Interest | M | T | | | | | |
| 68.   -Houston Tex Arpt Sys | C | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -Massachusetts St | D | Interest | | | Sold | 10/17/19 | M | D | |
| 70.   -District Columbia Genl | D | Interest | M | T | | | | | |
| 71.   -Utah Transit Auth Sales Tax | D | Interest | M | T | | | | | |
| 72.   -Wisconsin St Genl | D | Interest | M | T | | | | | |
| 73.   -Energy Northwest Wash Elec | D | Interest | M | T | | | | | |
| 74.   -Florida St Brd Ed | C | Interest | | | Sold | 06/20/19 | M | C | |
| 75.   -Harris Cnty Tex Cultural Ed FAC | | None | L | T | Buy | 11/13/19 | L | | |
| 76.   -Ohio St Wtr Dev Auth Pollution Cnto | D | Interest | M | T | Buy | 02/27/19 | M | | |
| 77.   -Louisiana St Grant Antic | A | Interest | L | T | Buy | 04/05/19 | L | | |
| 78.   -East Baton Rouge LA SEW Comm | | None | M | T | Buy | 10/17/19 | M | | |
| 79.   -New York St Dorm Auth Sales Tax | D | Interest | M | T | Buy | 02/04/19 | M | | |
| 80.   -Metro Transp NY Auth Dedicated | C | Interest | M | T | Buy | 02/07/19 | M | | |
| 81.   -New York N Variable Monthly Genl | B | Interest | M | T | Buy | 06/04/19 | M | | |
| 82.   Morgan Stanley Managed Bond Account #2 (H) | | | | | | | | | |
| 83.   -Morgan Stanley Cash Account | A | Interest | J | T | | | | | |
| 84.   -Atlanta GA ARPT Passenger FAC | A | Interest | K | T | | | | | |
| 85.   -Dormitory Authority of the State of New York Stat | A | Interest | | | Sold | 02/04/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -Missouri Hghwys & Transpt Commfirst Lien | A | Interest | J | T | | | | | |
| 87. -Utah Cnty Utah Hosp Rev Ice Health Services | A | Interest | | | Sold | 05/03/19 | K | A | |
| 88. -Garland Tex Indpt Sch Dist | A | Interest | J | T | | | | | |
| 89. -State of Oregon Genl Oblig | A | Interest | J | T | | | | | |
| 90. -Sales Tax Asset Receivable | A | Interest | J | T | | | | | |
| 91. -New Jersey St Tpk Auth | A | Interest | J | T | | | | | |
| 92. -Utility Debt Secur Auth | A | Interest | J | T | | | | | |
| 93. -Oklahoma City Okla Wtr Utils | A | Interest | J | T | | | | | |
| 94. -Tarrant Regl Wtr Dis Tex | A | Interest | J | T | | | | | |
| 95. -California St Genl Obl | A | Interest | J | T | | | | | |
| 96. -Massachusetts Wtr Res Auth | A | Interest | J | T | | | | | |
| 97. -Metropolitan Transn Auth NY | A | Interest | J | T | | | | | |
| 98. -Virginia College Bldg Auth VA EDL | A | Interest | J | T | | | | | |
| 99. -Massachusetts St Transn Fd Rev | A | Interest | J | T | | | | | |
| 100. -North Texas Twy Auth Rev | A | Interest | J | T | | | | | |
| 101. -Texas A&M Univ Fin Sys | A | Interest | J | T | | | | | |
| 102. -Florida St Board Ed Pub Ed Cap Outlay | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -Clark Cnty Nev Highway Impt | A | Interest | J | T | | | | | |
| 104.  -Washington St General Oblig | A | Interest | | | Sold | 10/17/19 | J | A | |
| 105.  -Ohio State Parks & Rec Cap | A | Interest | J | T | | | | | |
| 106.  -Triborough Bridge NY Tunnel Auth | A | Interest | J | T | | | | | |
| 107.  -Ohio St Wtr Dev | A | Interest | | | Sold | 06/04/19 | J | A | |
| 108.  -Delaware Riv Port | A | Interest | J | T | | | | | |
| 109.  -Mississippi St Genl | A | Interest | J | T | | | | | |
| 110.  -Texas St Tax Antic | | None | K | T | Buy | 08/29/19 | K | | |
| 111.  -Hawaii St | A | Interest | J | T | Buy | 02/07/19 | J | | |
| 112.  -East Baton Rouge LA Sew | | None | J | T | Buy | 10/17/19 | J | | |
| 113.  -Iowa St Spl Oblig | A | Interest | J | T | Buy | 05/08/19 | J | | |
| 114.  -Texas St | A | Interest | | | Buy | 06/04/19 | J | | |
| 115. | | | | | Redeemed | 08/29/19 | J | A | |
| 116.  Morgan Stanley Managed Stock Account (H) | | | | | | | | | |
| 117.  -Morgan Stanley Cash Mgmt Account | A | Interest | J | T | | | | | |
| 118.  -MS PATHWAY EMRG MKT EQ INV (TEMUX) | D | Dividend | O | T | Sold (part) | 11/25/19 | K | B | |
| 119.  -MS PATHWAY INTL EQ INVEST (TIEUX) | E | Dividend | O | T | Sold (part) | 11/25/19 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. -MS PATHWAY LG CP EQ INVEST (TLGUX) | G | Dividend | P1 | T | Sold (part) | 01/10/19 | J | A | |
| 121. | | | | | Sold (part) | 04/09/19 | J | A | |
| 122. | | | | | Sold (part) | 07/10/19 | J | A | |
| 123. | | | | | Sold (part) | 10/08/19 | J | A | |
| 124. | | | | | Sold (part) | 11/25/19 | M | A | |
| 125. -MS PATHWAY SM CP EQ INVEST (TSGUX) | G | Dividend | P1 | T | Sold (part) | 11/25/19 | K | A | |
| 126. Morgan Stanley Cash Account #1 | A | Interest | M | T | | | | | |
| 127. Morgan Stanley Cash Account #2 | A | Interest | K | T | | | | | |
| 128. Jackson National Life Perspective Annuity (H) | | | | | | | | | |
| 129. -JNL/MELLON CAPITAL S&P 500 IND | | None | P1 | T | | | | | |
| 130. -JNL/MELLON CAPITAL S&P 400 MC | | None | N | T | | | | | |
| 131. -JNL/MELLON CAPITAL INTL INDEX | | None | N | T | | | | | |
| 132. -JNL/MC EMG MKTS INDEX | | None | M | T | | | | | |
| 133. -JNL/MC S&P 1500 GRTH INDEX | | None | M | T | | | | | |
| 134. -JNL/MC S&P 1500 VAL INDEX | | None | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Positions - Due, Dodson and deGravelles d/b/a Sharlow Terrace II was formed in 1982 and has been dissolved for 30+ years; however, the entity continues to reflect an active status with the Louisiana Secretary of State's Office. The necessary steps are currently being taken to formally dissolve the Partnership.

Agreements - Additional Information:

John Neale deGravelles Law, LLC - The terms of the agreement are for a fixed and determinable amount (subject to showing the amount received is rationally based upon the services rendered by John W. deGravelles or, if said amount is not so rationally based, then the maximum amount which is so rationally based) to be paid to John W. deGravelles for fees related to specific cases for which legal services were rendered prior to appointment to the bench should fees and/or advanced costs payments related to these cases be received by the firm of John Neale deGravelles Law, LLC.

deGravelles, Palmintier, Holthaus & Fruge' - The terms of the agreement are for a fixed calculation of fees (subject to showing the amount received is rationally based upon the services rendered by John W. deGravelles or, if said amount is not so rationally based, then the maximum amount which is so rationally based) to be paid to John W. deGravelles for legal services rendered in specific cases prior to his appointment to the bench should fees related to these cases be received by deGravelles, Palmintier, Holthaus & Fruge'. The portion of fees that would be received by deGravelles, Palmintier, Holthaus & Fruge' and result in payment to John W. deGravelles is based upon an agreement dated April 20, 2010 between deGravelles, Palmintier, Holthaus & Fruge', Dodson, Hooks & Frederick, APLC and Walters, Papillion, Thomas, Cullens, LLC for the same specifc cases for which legal services were rendered prior to appointment to the bench and contains a fixed calculation of fees to be received by each group listed should fees be collected related to those cases. Any prior fees earned for cases handled directly by Michael C. Palmintier under this agreement are paid directly from Michael C. Palmintier, APLC.

Part VII -

Line 2 - Appraisal Dated - 9/3/2012

Line 3 - Appraisal Dated - 1/10/2014

The value of the annuities listed on lines 14 - 34 and lines 128 - 134 increase and decrease based on changes in market value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John W. deGravelles**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544